[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Williams,* Slip Opinion No. 2019-Ohio-4759.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2019-OHIO-4759

THE STATE OF OHIO, APPELLEE, *v.* WILLIAMS, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Williams,* Slip Opinion No. 2019-Ohio-4759.]**

*Certification of conflict dismissed as having been improvidently certified.*

(No. 2019-0035—Submitted March 6, 2019—Decided November 21, 2019.)

CERTIFIED by the Court of Appeals for Fairfield County,

No. 17-CA-43, 2018-Ohio-4580.

_____

{¶ 1} The certification of conflict is dismissed as having been improvidently certified.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, and STEWART, JJ., concur.

DONNELLY, J., dissents.

_____

Kyle Witt, Fairfield County Prosecuting Attorney, and Christopher Reamer, Assistant Prosecuting Attorney, for appellee.

Thomas R. Elwing, for appellant.

_____